UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR25-160-JHC |
| Plaintiff, | ) | |
| | ) | ORDER TO EXTEND DEADLINE FOR |
| v. | ) | PRETRIAL MOTIONS |
| | ) | |
| DEREK MICHAEL REEVES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THE COURT has considered Derek Reeves's unopposed motion to extend the pretrial motions deadline, Dkt. # 31, along with the records in this case.

IT IS ORDERED that the due date for pretrial motions is extended from March 6 to March 20, 2026.

DONE this 4th day of March 2026.

John H. Chun
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER TO EXTEND DEADLINE
FOR PRETRIAL MOTIONS
(*United States v. Reeves*, No. CR25-160-JHC) - 1