UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DEREK M. REEVES, <br><br> Defendant. | NO. CR25-160 JHC <br><br> ~~[PROPOSED]~~ ORDER GRANTING PARTIES' AGREED MOTIONS IN LIMINE |

THIS COURT has considered the Parties' Agreed Motions in Limine.  Based on the Motion submitted therewith, the Court hereby ORDERS as follows:

1. The government's motion and defense agreement to preclude testimony and evidence concerning punishment is GRANTED.

2. The government's motion and defense agreement as to the authentication of the AT&T, Google, and Wave Broadband records in this case pursuant to Fed. R. Evid. 803(6), 902(11), and 902(13) is GRANTED.

Dated this 20th day of April, 2026.

*John H. Chun*
_____
JOHN H. CHUN
United States District Judge

~~[Proposed]~~ Order Granting Parties' Agreed Motions in Limine
*United States v. Reeves,* CR25-160 JHC - 1