UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>             v.<br><br>DEREK M. REEVES,<br><br>                    Defendant. | NO. CR25-160 JHC<br><br>[PROPOSED]   ORDER   GRANTING PARTIES'   AGREED   JURY QUESTIONNAIRE |

THIS COURT has considered the Parties' Agreed Motion for Proposed Jury Questionnaire. Based on the Motion submitted therewith, the Court hereby ORDERS as the proposed questionnaire to be given.

Dated this 20th day of April, 2026.

_John H. Chun_____
JOHN H. CHUN
United States District Judge

[Proposed] Order Granting Parties' Agreed Jury Questionnaire
*United States v. Reeves,* CR25-160 JHC - 1