UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                    Plaintiff,

       v.

DEREK MICHAEL REEVES,

                    Defendant.

CASE NO. CR25-160-JHC

**ORDER GRANTING
MODIFICATION OF CURFEW**

Defendant moves the Court to extend his location monitoring curfew from 9:00 pm to midnight. Defense counsel avers the United States and United States Probation and Pretrial Office do not take a position on Defendant's request.

Defendant requests the Court extend his curfew on the grounds he has been in full compliance with the conditions of his appearance bond and has not engaged in new criminal activity; he is employed and due to work responsibilities, he often cannot leave work until 7:30 pm; he would like more leisure time with his partner which is limited by the current 9:00 pm curfew; and he has pleaded guilty and is awaiting sentencing in July.

The finds Defendant has long lived in the local community without incident. He was originally arrested in 2023 by state law enforcement for activities leading to state criminal charges. The state prosecution was essentially transferred to this Court for federal prosecution;

ORDER GRANTING MODIFICATION OF
CURFEW - 1

Defendant turned himself in when he learned the court had issued a warrant for his arrest, appeared; was released in July 2025; and been on United States pretrial supervision since. Throughout his supervision, there have been no pretrial reports alleging a violation of a condition of release and no reports of new criminal conduct. The Court accordingly **ORDERS**:

(1)    The motion to extend curfew to midnight is Granted. Dkt. 51.

(2)    The Clerk shall provide copies of this order to all counsel and to the United States Probation and Pretrial Services Officer.

DATED this 30th day of April 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING MODIFICATION OF
CURFEW - 2