UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DEREK MICHAEL REEVES,<br>Defendant. | No. 25-cr-160-JHC<br><br>ORDER PERMITTING OUT-OF-DISTRICT TRAVEL |

THE COURT has considered Defendant Derek Reeves's unopposed motion for out-of-district travel (Dkt. # 58) along with the records in this case.

IT IS ORDERED that Defendant is allowed to travel to Gearheart, Oregon, September 21 through September 23, 2026.

IT IS FURTHER ORDERED that Defendant must provide his itinerary and location of lodging to Probation prior to his departure.

DATED this 16th day of September, 2026.

John H. Chun
John H. Chun
United States District Judge